AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ):19-cv-01453-PJS-SER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lawrence W. Miller
was received by me on *(date)* 08/01/2019 .

☑ I personally served the summons on the individual at *(place)* 6511 Shadow Lane, Chanhassan, MN
on *(date)* 08/03/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-5-19

*Server's signature*

Kevin J. Broderick - Process Server
*Printed name and title*

Excel Legal Courier
6607 - 18th Avenue S, Suite 204
Richfield, MN 55423
*Server's address*

Additional information regarding attempted service, etc: