# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Beck, Byron Hanson, and Lynn Melcher, | Civil Action No. 0:19-CV-01453 (PJS/SER) |
| Plaintiffs, | |
| v. | |
| William F. Austin, et al., | |
| Defendants. | |

## JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AS TO DEFENDANT JEFFREY LONGTAIN

**WHEREAS,** on June 3, 2019, Plaintiffs filed this action; and

**WHEREAS,** on June 24, 2019, Plaintiffs mailed a Notice to Waive Service of Summons to Defendant Jeffrey Longtain;

**WHEREAS,** on July 17, 2019, Defendant Longtain filed the waiver of service [ECF No. 5], pursuant to which Defendant Longtain must answer or otherwise plead on or before August 23, 2019; and

**WHEREAS,** Defendant Longtain does not intend to file a motion to dismiss but rather to wait to answer pending the outcome of any motion to dismiss or other Rule 12 motion filed by Defendants Starkey Laboratories, Inc., William F. Austin, or Brandon Sawalich, and Plaintiffs agree that efficiency and judicial economy will be served by foregoing interim pleadings; and

**WHEREAS,** Plaintiffs provided both earlier and later Notices to Waive Service of Summons to other Defendants, and have received an extension to the deadline to answer for Defendants Starkey Laboratories, Inc., William F. Austin, and Brandon Sawalich to answer or otherwise plead until September 13, 2019 [ECF No. 8], and for Defendant Jerome Ruzicka to answer under the same circumstances as those requested in this stipulation [ECF No. 16]; and

**WHEREAS,** the case involves multiple Defendants represented by separate counsel, and Plaintiffs and Defendant desire a uniform schedule for any answer or other pleading to be filed to promote case efficiency and scheduling.

**NOW THEREFORE,** Plaintiffs and Defendant Longtain, by and through their respective undersigned counsel, hereby **STIPULATE AND AGREE** that:

1. The time in which Defendant Longtain shall answer in response to the complaint may, with the court's approval, be extended from August 23, 2019, until fourteen (14) days after a ruling on any motion to dismiss or other Rule 12 motion filed by Defendants Starkey Laboratories, Inc., William F. Austin, or Brandon Sawalich;

2. Should Defendants Starkey Laboratories, Inc., William F. Austin, and Brandon Sawalich file an answer in lieu of a motion to dismiss or other Rule 12 motion, Defendant Longtain shall answer in response to the complaint within seven (7) days after such answer(s) are filed;

3. Either party's counsel may file this Stipulation with the Court using the other counsel's electronic signature; and

4. The Court may issue an Order granting this stipulated request for an extension without a hearing.

LOCKRIDGE GRINDAL NAUEN, PLLP

Dated:  August 14, 2019         By  /s Kate M. Baxter-Kauf
Gregg M. Fishbein, No. 202009
Kate M. Baxter-Kauf, No. 392037
Arielle S. Wagner, No. 398332
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com
aswagner@locklaw.com

*Attorneys for Plaintiffs*

KELLEY, WOLTER & SCOTT, P.A.
Dated:  August 14, 2019         By  /s Steven E. Wolter
Steven E. Wolter, No. 170707
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
Telephone: 612-371-9090
swolter@kelleywolter.com

*Attorney for Defendant Jeffrey Longtain*