UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Beck, Byron Hanson, and Lynn Melcher,<br><br>               Plaintiffs,<br><br>v.<br><br>WILLIAM F. AUSTIN, BRANDON SAWALICH, JEROME RUZICKA, SCOTT A. NELSON, LAWRENCE W. MILLER, W. JEFFREY TAYLOR, JEFFREY LONGTAIN, and STARKEY LABORATORIES, INC.<br><br>               Defendants. | **CERTIFICATE OF SERVICE**<br>Civil Action No. :19-CV-01453<br>(PJS/SER) |

      I, __JONATHAN MEECE__, hereby certify that on __AUGUST 29__, 2019, I caused the following documents:

- Class Action Complaint [ECF No. 1];
- Civil Cover Sheet [ECF No. 1-1];
- Text Order Clerk's Notice of Initial Case Assignment [ECF No. 2];
- Summons in a Civil Action [ECF No. 3];
- Waiver of the Service of Summons for Starkey Laboratories, Inc., Waiver of the Service of Summons for William F. Austin, and Waiver of the Service of Summons for Brandon Sawalich [ECF No. 4];
- Waiver of the Service of Summons for Jeffrey Longtain [ECF No. 5];
- Joint Stipulation for Extension of Time to Answer or Otherwise Plead as to Defendants William F. Austin, Brandon Sawalich and Starkey Laboratories, Inc. [ECF No. 6];
- Proposed Order Granting Extension of Time to Answer or Otherwise Plead as to Defendants William F. Austin, Brandon Sawalich and Starkey Laboratories, Inc. [ECF No. 7];
- Text Order Granting Motion for Extension of Time [ECF No. 8];
- Amended Class Action Complaint [ECF No. 9];
- Amended Civil Cover Sheet [ECF No. 9-1];

541776.1

- Amended Summons in a Civil Action [ECF No. 10];
- Proof of Service of Summons upon Lawrence W. Miller [ECF No. 11];
- Waiver of the Service of Summons for Jerome Ruzicka [ECF No. 12];
- Joint Stipulation for Extension of Time to Answer or Otherwise Plead as to Defendant Jerome Ruzicka [ECF No. 13];
- Proposed Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Jerome Ruzicka [ECF No. 14];
- Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Jerome Ruzicka [ECF No. 16];
- Certificate of Service upon Jeffrey Longtain [ECF No. 17];
- Certificate of Service upon Jerome Ruzicka [ECF No. 18];
- Joint Stipulation for Extension of Time to Answer or Otherwise Plead as to Defendant Lawrence W. Miller [ECF No. 19];
- Proposed Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Lawrence W. Miller [20];
- Joint Stipulation for Extension of Time to Answer or Otherwise Plead as to Defendant Jeffrey Longtain [ECF No. 21];
- Proposed Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Jeffrey Longtain [ECF No. 22];
- Waiver of the Service of Summons for Scott A. Nelson [ECF No. 23];
- Joint Stipulation for Extension of Time to Answer or Otherwise Plead as to Defendant Scott A. Nelson [ECF No. 24];
- Proposed Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Scott A. Nelson [ECF No. 25];
- Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Lawrence W. Miller [ECF No. 26];
- Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Jeffrey Longtain [ECF No. 27];
- Order Granting Extension of Time to Answer or Otherwise Plead as to Defendant Scott A. Nelson [ECF No. 28];
- Certificate of Service upon Scott A. Nelson [ECF No. 29];
- Certificate of Service upon Jeffrey Longtain [ECF No. 30]; and
- Certificate of Service upon Lawrence W. Miller [ECF No. 31].

to be personally served upon the following individual at the listed address:

W. Jeffrey Taylor
Duluth Federal Prison Camp
4464 Ralston Drive
Duluth, MN 55811

I declare under penalty of perjury that this information is true.

Dated: __AUGUST 29__, 2019    By: _____
                                  Server's Signature
                                  JONATHAN MEECE, #5326

                                  _J. Meece  Deputy_____
                                  Printed name and title

                                  St. Louis County Courthouse
                                  100 N 5th Ave W
                                  Duluth, MN 55802
                                  _____
                                  Server's address

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) ss. | **CERTIFICATE OF SERVICE** |
| COUNTY OF ST. LOUIS | ) | |

I hereby certify that on the 29th day of August, 2019, at 3:00 pm, at 4464 RALSTON DR, in the City of HERMANTOWN, County of St. Louis, State of Minnesota, I duly served the following:

**Civil Cover Sheet; Class Action Complaint; Text Order Clerk's Notice of Initial Case Assignment; Summons in a Civil Action with Attachments;**

upon the following party: **FEDERAL PRISON CAMP DULUTH**

by *personally* leaving a copy with **C. MUGGE, records divison,** an Employee or Agent of **FEDERAL PRISON CAMP DULUTH** authorized to accept service on its behalf.

Dated: August 30, 2019

By: _____
Deputy Sheriff JONATHAN MEECE     05326

Process #: 1903806

Your File #:
Court File No.:19CV01453



**ROSS LITMAN, SHERIFF**
**SAINT LOUIS COUNTY MN**
DULUTH ......(218)726-2340
HIBBING .......(218)262-0132
VIRGINIA .....(218)749-7134

1

