# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jaime Beck, Byron Hanson, and
Lynn Melcher,

     Plaintiffs,

v.

William F. Austin, et al.,

     Defendants.

Case No. 0:19-CV-01453 (PJS/ECW)


**ORDER**

---

This case is before the Court on the parties' Joint Stipulation to Extend Deadline to File Motion for Preliminary Approval Between Plaintiffs and Defendants William F. Austin, Brandon Sawalich, and Starkey Laboratories, Inc. (Dkt. 109).  Having considered the Joint Stipulation, and for good cause shown, **IT IS ORDERED THAT** the deadline for Plaintiffs to file the anticipated motion for preliminary approval will be extended to **March 12, 2021**.  All prior consistent orders remain in full force and effect.


Dated: February 25, 2021

                      *s/Elizabeth Cowan Wright*
                      ELIZABETH COWAN WRIGHT
                      United States Magistrate Judge