## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Beck, Byron Hanson, and Lynn Melcher, individually and on behalf of all others similarly situated, | Civil Action No. 19-CV-01453 (PJS/ECW) |
| Plaintiffs, | |
| v. | |
| William F. Austin, Brandon Sawalich, Jerome Ruzicka, Scott A. Nelson, Lawrence W. Miller, W. Jeffrey Taylor, Jeffrey Longtain, and Starkey Laboratories, Inc., | |
| Defendants. | |

## AMENDED NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN

PLEASE TAKE NOTICE that at a hearing to be held on June 15, 2021, at 8:30 a.m., before the Honorable Patrick J. Schiltz, United States District Court for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, MN 55415, Plaintiffs Jaime Beck, Byron Hanson, and Lynn Melcher will move the Court for an Order granting Preliminary Approval of the Class Action Settlement between Plaintiffs and Defendant Starkey Laboratories, Inc. and W. Jeffrey Taylor to resolve all claims in this litigation against all named Defendants, pursuant to Federal Rule of Civil Procedure 23.

557665.2

Dated: May 17, 2021 	*/s/ Kate M. Baxter-Kauf*
Gregg M. Fishbein, No. 202009
Kristen G. Marttila, No. 0346007
Kate M. Baxter-Kauf, No. 392037
Arielle S. Wagner, No. 398332
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
gmfishbein@locklaw.com
kgmarttila@locklaw.com
kmbaxter-kauf@locklaw.com
aswagner@locklaw.com

*Attorneys for Plaintiffs Jaime Beck, Byron Hanson, Lynn Melcher, and the Class*