UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Beck, Byron Hanson, and Lynn Melcher, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>William F. Austin, Brandon Sawalich, Jerome Ruzicka, Scott A. Nelson, Lawrence W. Miller, W. Jeffrey Taylor, Jeffrey Longtain, and Starkey Laboratories, Inc.,<br><br>  Defendants. | Civil Action No. 19-CV-01453 (PJS/ECW) |

**PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN**

Plaintiffs Jaime Beck, Byron Hanson, and Lynn Melcher respectfully move the Court, the Honorable Patrick J. Schiltz, for Preliminary Approval of the Class Action Settlement between Plaintiffs and Defendant Starkey Laboratories, Inc. to resolve all claims in this litigation against Starkey, as well as those asserted against named Defendants William F. Austin, Brandon Sawalich, Jerome Ruzicka, Scott A. Nelson, Lawrence W. Miller, and Jeffrey Longtain. Plaintiffs further respectfully move the Court for Preliminary Approval of the Class Action Settlement between Plaintiffs and Defendnat W. Jeffrey Taylor, to resolve all claims against Taylor. Collectively, these two settlements, if approved, would resolve all claims in the pending litigation. This motion is based on this motion, Federal Rule of Civil Procedure 23, the concurrently filed

557664.1

Memorandum of Law and supporting declaration and exhibits, and any other evidence and arguments presented in the briefings and at any hearing on the motion to be set by the Court.

Dated: June 1, 2021  /s/ Kate M. Baxter-Kauf
Gregg M. Fishbein, No. 202009
Kristen G. Marttila, No. 0346007
Kate M. Baxter-Kauf, No. 392037
Arielle S. Wagner, No. 398332
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
gmfishbein@locklaw.com
kgmarttila@locklaw.com
kmbaxter-kauf@locklaw.com
aswagner@locklaw.com

*Attorneys for Plaintiffs Jaime Beck, Byron Hanson, Lynn Melcher, and the Class*