UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Beck, Byron Hanson, and Lynn Melcher, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>William F. Austin, Brandon Sawalich, Jerome Ruzicka, Scott A. Nelson, Lawrence W. Miller, W. Jeffrey Taylor, Jeffrey Longtain, and Starkey Laboratories, Inc.,<br><br>      Defendants | Civil Action No. 19-CV-01453 (PJS/ECW) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND ENTRY OF FINAL JUDGMENT**

Plaintiffs Jaime Beck, Byron Hanson, and Lynn Melcher respectfully request that this Court enter an Order approving the Class Action Settlement between Plaintiffs and Defendant Starkey Laboratories, Inc. ("Starkey") to resolve all claims in this litigation against Starkey, as well as those asserted against named Defendants William F. Austin, Brandon Sawalich, Jerome Ruzicka, Scott A. Nelson, Lawrence W. Miller, and Jeffrey Longtain. Plaintiffs further respectfully request that this Court enter an Order approving the Class Action Settlement between Plaintiffs and Defendant W. Jeffrey Taylor, to resolve all claims against Taylor.

Plaintiffs request that the Court enter an Order granting attorneys' fees and costs to Class Counsel in the amount of $46,250. Finally, Plaintiffs request that the Court enter

562270.1

an Order granting a $4,000 service award for each of Settlement Class Representatives Jaime Beck, Byron Hanson, and Lynn Melcher.

These motions are based on the accompanying memorandum, declaration, and the records, pleadings, and papers filed in this action, and such argument as may be presented to the Court at a hearing if requested.

Dated: September 20, 2021

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/ Kate M. Baxter-Kauf*
Gregg M. Fishbein, No. 202009
Kristen G. Marttila, No. 0346007
Kate M. Baxter-Kauf, No. 392037
Arielle S. Wagner, No. 398332
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
gmfishbein@locklaw.com
kgmarttila@locklaw.com
kmbaxter-kauf@locklaw.com
aswagner@locklaw.com

*Attorneys for Plaintiffs Jaime Beck, Byron Hanson, Lynn Melcher, and the Class*